UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL ZIMMERMAN, individually and
on behalf of H.W.,

                Plaintiff,

      -against-

MELISSA AVILES-RAMOS, *in her official
capacity as Chancellor of the New York City
Department of Education*, and NEW YORK
CITY DEPARTMENT OF EDUCATION,

          Defendants.

Case No. 1:25-cv-09369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties' deadline to submit a joint letter pursuant to the Court's order, Dkt. 6, was December 1, 2025. At the parties' request, the Court extended their deadline to December 12, 2025. *See* Dkt. 9. To date, however, the parties have not filed a joint letter. As a courtesy, the Court shall extend the parties' deadline to submit their joint letter to **December 29, 2025**.

Dated: December 15, 2025
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge